## No. 15,193.

### WALLS *v.* WALLS.
(130 P. [2d] 1055)

Decided September 14, 1942.   Rehearing denied November 2, 1942.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. PHILIP HORNBEIN, Mr. THEODORE EPSTEIN, for plaintiff in error.

Mr. LOWELL D. HUNT, for defendant in error.